SYLVIA H. WHITE, Respondent, *v.* WILLIAM LAW, as Executor, etc., Appellant.

(Argued March 2, 1885; decided March 17, 1885.)

*Merritt E. Sawyer* for appellant.

*Garrett Z. Snider* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARGARET PARKER, as Administratrix, etc., Respondent, *v.* THE ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.

(Argued March 2, 1885; decided March 17, 1885.)

*Peter Cantine* for appellant.

*John J. Linson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM CUSTER, Respondent, *v.* THE GREENPOINT FERRY COMPANY, Appellant.

(Submitted March 3, 1885; decided March 17, 1885.)

*Wetmore & Jenner* for appellant.

*Eugene D. Hawkins* for respondent.

Agree to affirm; no opinion.
RUGER, Ch. J., ANDREWS, MILLER and DANFORTH, JJ., concur; RAPALLO, EARL and FINCH, JJ., dissent.
Order affirmed.